UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
Kimberly Honeycutt, ) CASE NO 12-09414 JKC-13
)
)
DEBTORS )

## PRE-CONFIRMATION MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that the debtor's plan must be modified to resolve an existing issue or objection. This modification of 11 U.S.C. §1322 and becomes part of the debtor's plan without any necessity for notice herein. The agreement of the parties is:

~~_____~~
~~_____~~
~~_____~~

The debtor shall pay to the trustee one-half of his federal income tax refunds, and shall refrain from changing his withholding provisions, over the plan life. Further, barring an actual change in filing status (through marriage, divorce, death, etc), the debtor shall refrain from changing his filing status. All such refunds shall be payable to the trustee on or before the 30h day of April each calendar year commencing April 30, 2013, for the prior tax year. The debtor shall submit a copy of the federal tax return filed with the federal government along with his payment to the trustee. If no tax refunds are due to the debtor from the IRS, a copy of the federal tax return showing no refunds due must be submitted to the trustee in place of the payment. All such payments and copies must be sent to: Ann M. DeLaney, Trustee, P.O. Box 250, Memphis, TN 38101-0250. These requirements are considered integral parts of the Court's agreement to confirm this plan and any breach by the debtor of these obligations will be deemed a material breach of the plan and confirmation order and will result in the trustee seeking dismissal of the Chapter 13 case.

WHEREFORE, the parties hereto have agreed to the above terms as a pre-confirmation modification of the plan as last submitted by the debtor herein.

DATE: 9/12/12             _____
                          CHAPTER 13 TRUSTEE

DATE: 9/2/12              _____
                          DEBTOR'S COUNSEL

DATE: 9/13/12             _____
                          DEBTOR

DATE:_____            _____
                          DEBTOR