UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Kimberly J. Honeycutt | ) CASE NO. 12-09414 |
| | ) |
| Debtor(s) | ) |

## MOTION TO AVOID WHOLLY UNSECURED MORTGAGE AND NOTICE OF OBJECTION DEADLINE

Comes now Debtor(s), by counsel, and moves the Court, pursuant to 11 U.S.C. §1322(b)(2) to avoid the wholly unsecured mortgage of Bank of NY as Trustee for the Benefit of the Certificate Holders and the Certificate Insurer for Flagstar Asset Backed Pass Through Certificates Series 2007-1("creditor") on the real estate located at 5509 Grassy Bank Drive, Indianapolis, Indiana 46237. In support of said Motion, Debtor states as follows:

1. The Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on August 7, 2012.

2. In August, 2006, creditor obtained a mortgage which placed a lien on Debtor's primary residential real estate (homestead) located at 5509 Grassy Bank Drive, Indianapolis, Indiana 46237. At the time of the filing, creditor's mortgage had a balance due of $23,154.00.

3. The legal description of said property is as follows:

    Lot Number 221 in Waters Edge at Cummins Farm, Section 3, a subdivision in Marion County, Indiana, as per plat thereof, recorded May 8, 2003, as Instrument No. 2003-97598, in the Office of the Recorder of Marion County, Indiana.

4. At the time of the filing, the value of the homestead was $115,200.00.

5. The primary residence is encumbered by a first mortgage held by Flagstar Bank upon which the Debtor(s) owed a total of $ 120,578.00 at the time of the filing.

6. The value of the real estate is less than the balance due on the first mortgage, therefore, the mortgage held by said creditor is wholly unsecured and is subject to avoidance under 11 U.S. C. §1322(b)(2).

**PLEASE TAKE NOTICE THAT** any objection must be field with the Bankruptcy Clerk within 21 days of the date of this notice or such other time period as my be permitted by Fed. R. Bankr. P. 9006(f). Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at 116 U.S. Courthouse, 46 Ohio Street, P.O. Box 44978, Indianapolis, Indiana, 46244. The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Debtor(s) moves the Court to enter and order avoiding creditor's mortgage and for all such other relief as may be entitled.

Respectfully Submitted,

/s/ Lou Ann Marocco
Lou Ann Marocco
10252-49
4259 South Shelby Street
Indianapolis, IN 46227
(317) 631-0145 - Phone
(317) 631-2219 – Fax
maroccobr@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served either electronically, first class United States mail and/or by Certified Mail, postage prepaid, upon the following on this 5th day of October, 2012.

U.S. Trustee, S.D., Ind.
ustpregion10.in.ecf@usdoj.gov

Robert A Brothers
ecfmail@bobbrothersch13.com

Certified Mail:

Flag Star Bank
Highest Officer Found
5151 Corporate Drive
Troy, MI 48098

Certified mail:

Bank of NY as Trustee for the Benefit of the Certificate Holders and the Certificate Insurer for Flagstar Asset Backed Pass Through Certificates Series 2007-1
Highest Officer Found
1 Wall St.
New York, NY, 10286

Specialized Loan Servicing LLC
Registered Agent
CAPITOL CORPORATE SERVICES, INC.
5217 PALISADE CT.
INDIANAPOLIS, IN  46237

/s/ Lou Ann Marocco
Lou Ann Marocco
10252-49
4259 South Shelby Street
Indianapolis, IN  46227
(317) 631-0145 - Phone
(317) 631-2219 – Fax
maroccobr@aol.com